UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 6:18-cr-00009-GFVT-HAI |
| ) | |
| V. ) | |
| ) | |
| DENNIS RODNEY MIRACLE, ) | **ORDER** |
| ) | |
| ) | |
| Defendant. | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Recommended Disposition [R. 10] filed by United States Magistrate Judge Hanly A. Ingram and a Motion Seeking Recommended Placement [R. 11] filed by Defendant Dennis Rodney Miracle. Defendant Miracle is charged with two violations of his supervised release stemming from his use of methamphetamine in May 2018. [R. 10 at 2.] At a final revocation hearing before Judge Ingram on May 29, 2018, Mr. Miracle admitted the factual basis for these violations. [*Id*.] The matter was then referred to Judge Ingram to recommend a proposed disposition.

On May 30, 2018, Magistrate Judge Ingram issued a Recommended Disposition which recommended revocation of Mr. Miracle's supervised release and a twelve-months and one-day term of imprisonment followed by an eighteen-month term of supervised release under the conditions previously imposed. [*Id.* at 8.] Judge Ingram structured this recommended sentence based on the arguments of the parties. While the parties agreed to a term of imprisonment for this revocation, they did not agree on the length of that imprisonment. [*See id.* at 4.] Both

parties, however, recommended a term of imprisonment below the guideline range of 18-24 months. [*Id.* at 3-4.] Judge Ingram noted that Defendant Miracle's meth use "came as a surprise to everyone," considering Miracle's has a lengthy history with alcohol abuse. [*Id.* at 6.] Given that both the underlying offense and the violation deal with substance use, that is alcohol and methamphetamine, Judge Ingram acknowledged that Miracle would be well suited to continue in the outpatient treatment program he was attending once he is released from custody. [*Id.*] On the whole, Judge Ingram appropriately considered the 18 U.S.C. § 3553 factors throughout his Recommended Disposition, and he adequately explained why a within-guideline sentence of nine months is appropriate in this case.

Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the Recommended Disposition further advises the parties that objections must be filed within fourteen (14) days of service. [*Id*. at 8.] *See* 28 U.S.C. § 636(b)(1). No objections to Judge Ingram's Recommended Disposition have been filed by either party. Indeed, Defendant Miracle, through counsel, filed a waiver of allocution [R. 11-1], but, in so doing, asks the Court for a recommendation for "placement in a facility that is closes to [Defendant Miracle's] home, preferably FCI Manchester." [R. 11.]

Generally, this Court must make a *de novo* determination of those portions of the Recommended Disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, as in this case, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this

Court has examined the record and agrees with Magistrate Judge Ingram's Recommended Disposition. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [**R. 10**] as to Defendant Dennis Rodney Miracle is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Miracle is found to have violated the terms of his Supervised Release as set forth in the Report filed by the U.S. Probation Officer and the Recommended Disposition of the Magistrate Judge;

3. Defendant Miracle's Supervised Release is **REVOKED**;

4. Mr. Miracle is **SENTENCED** to the Custody of the Bureau of Prisons for a twelve-month and one-day term of imprisonment;

5. Following his release from incarceration, Mr. Miracle is placed on supervised release for a term of eighteen months under the conditions originally imposed;

6. Defendant Dennis Rodney Miracle's Motion Seeking Recommended Placement [**R. 11**] is **GRANTED**

7. The Court recommends to the Bureau of Prisons that Defendant Dennis Rodney Miracle be allowed to serve this term of imprisonment in a facility closest to his home, preferably FCI Manchester, if possible.

This the 26th day of June, 2018.

Gregory F. Van Tatenhove
United States District Judge